### 25843. BELL v. THE STATE.

GUERRY, J. Reese Bell was convicted of shooting into an occupied dwelling, and of carrying a pistol without a license. The evidence, though circumstantial, was amply sufficient to exclude every reasonable hypothesis save that of the guilt of the accused. The judge did not err in overruling the certiorari.

> Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.

DECIDED OCTOBER 14, 1936.

*Louis H. Foster*, for plaintiff in error.

*John S. McClelland*, solicitor, *John A. Boykin*, solicitor-general, *J. W. LeCraw*, contra.

### 25886. LYNN v. THE STATE.

BROYLES, C. J. The accused was indicted for stealing "200 pounds of flu-cured, bright-leaf, loose tobacco, of the personal goods of G. W. Douglas and J. L. Wright," and was convicted. The evidence tending to connect him with the offense charged was wholly circumstantial; and while it raised a strong suspicion of his guilt, it was not sufficient to exclude every other reasonable hypothesis. It follows that the verdict was unauthorized, and that the court erred in refusing to grant a new trial.

> Judgment reversed. MacIntyre and Guerry, JJ., concur.

DECIDED OCTOBER 14, 1936.

*I. J. Bussell*, for plaintiff in error.

*John S. Gibson*, solicitor-general, contra.